```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 05 B 24809
   STEPHANIE V ANDERSON
                                         CHAPTER 13

                                         JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-5205

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 06/22/2005 and was confirmed 08/08/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 04/18/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                             PAID         PAID
--------------------------------------------------------------------------------
BALLYS TOTAL FITNESS       UNSEC W/INTER NOT FILED            .00          .00
COMMONWEALTH EDISON        UNSEC W/INTER    794.01          55.00       794.01
DISH NETWORK               UNSEC W/INTER    407.30          28.37       407.30
GC SERVICES LP COLLECTIO   NOTICE ONLY   NOT FILED            .00          .00
DR EDWARD NEPO             UNSEC W/INTER NOT FILED            .00          .00
SANATH KUMAR MD            UNSEC W/INTER NOT FILED            .00          .00
ECONOMY FURNITURE          UNSEC W/INTER NOT FILED            .00          .00
INGALLS MEMORIAL HOSPITA   UNSEC W/INTER NOT FILED            .00          .00
CB USA                     NOTICE ONLY   NOT FILED            .00          .00
VAN RU CREDIT CORPORATIO   NOTICE ONLY   NOT FILED            .00          .00
MCI RESIDENTIAL SERVICES   UNSEC W/INTER NOT FILED            .00          .00
PARK DANSAN                NOTICE ONLY   NOT FILED            .00          .00
PROGRESSIVE ASSET MANAGE   NOTICE ONLY   NOT FILED            .00          .00
MEDCLR                     UNSEC W/INTER NOT FILED            .00          .00
NICOR GAS                  UNSEC W/INTER   1323.06          91.73      1323.06
NICOR GAS                  NOTICE ONLY   NOT FILED            .00          .00
AT & T BANKRUPCTY          UNSEC W/INTER NOT FILED            .00          .00
COLLECTION BUREAU OF AME   NOTICE ONLY   NOT FILED            .00          .00
AT & T BANKRUPCTY          UNSEC W/INTER NOT FILED            .00          .00
WEST ASSET MANAGEMENT      NOTICE ONLY   NOT FILED            .00          .00
SOUTH SUBURBAN HOSPITAL    UNSEC W/INTER NOT FILED            .00          .00
ST JAMES HOSPITAL & HEAL   UNSEC W/INTER NOT FILED            .00          .00
TCF BANK                   UNSEC W/INTER NOT FILED            .00          .00
WEST ASSET MANAGEMENT      NOTICE ONLY   NOT FILED            .00          .00
PROFFESSIONAL ACCOUNT MG   NOTICE ONLY   NOT FILED            .00          .00
TCF NATIONAL BANK          NOTICE ONLY   NOT FILED            .00          .00
PROGRESSIVE ASSET MANAGE   UNSEC W/INTER    276.92          19.58       276.92
LEDFORD & WU               DEBTOR ATTY    2,700.00                    2,700.00
TOM VAUGHN                 TRUSTEE                                      325.76
DEBTOR REFUND              REFUND                                       163.62

     Summary of Receipts and Disbursements:
```

PAGE 1 - CONTINUED ON NEXT PAGE
CASE NO. 05 B 24809 STEPHANIE V ANDERSON

```
-------------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    6,185.35

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                         2,801.29
    INTEREST                                        194.68
ADMINISTRATIVE                                    2,700.00
TRUSTEE COMPENSATION                                325.76
DEBTOR REFUND                                       163.62
                         ---------------    ---------------
TOTALS                     6,185.35               6,185.35
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 10/16/08            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE